THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:16-cv-00122-MR-DLH

| | | |
|---|---|---|
| DAMIAN HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss [Doc. 12] and the Magistrate Judge's Memorandum and Recommendation [Doc. 15] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and a specific Order of referral of the District Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's Motion to Dismiss and to submit to this Court a recommendation for the disposition of this motion.

On August 30, 2016, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 15] in this case containing proposed findings of fact and conclusions of law in support of a recommendation regarding the Motion

to Dismiss [Doc. 12]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.[1]

After a careful review of the Magistrate Judge's Memorandum and Recommendation [Doc. 15], the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendant's Motion to Dismiss be granted and this case be dismissed.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum and Recommendation [Doc. 15] is **ACCEPTED**; the Defendant's Motion to Dismiss [Doc. 12] is **GRANTED**; and this case is hereby **DISMISSED**.

---

[1] The Court notes that on September 15, 2016, within the 14-day period for the filing of objections, a document entitled "Memorandum and Recommendation" was filed by a party identified only as "Mr. Hall's friend of the family." [Doc. 16]. This document appears to raise arguments in response to the Defendant's Motion to Dismiss. The Plaintiff, who is proceeding *pro se*, cannot have a layperson file pleadings on his behalf. Accordingly, the Court has no choice but to strike this filing from the record.

**IT IS FURTHER ORDERED** that the pleading filed by "Mr. Hall's friend of the family" is hereby **STRICKEN** from the record.

The Clerk shall enter a Judgment contemporaneously herewith, thereby closing this case.

**IT IS SO ORDERED.** Signed: September 23, 2016

Martin Reidinger
United States District Judge